LUCY SNOWDEN, a Single Woman, and W. F. EVANS, Appellants, v. W. V. KNOTT as State Treasurer, Appellee.

199 So. 574
En Banc
Opinion Filed January 7, 1941
Rehearing Denied January 24, 1941

*Randolph Calhoun,* for Appellants;
*Evans & Glenn,* for Appellee.

PER CURIAM.—Appeal brings for review final decree in suit to foreclose a mortgage which, before maturity, together with the note secured thereby, had been duly assigned and delivered to the State Treasurer of the State of Florida.

The record has been examined and discloses no reversible error.

The appeal appears to be entirely without 'merit. The decree is affirmed.

So ordered.

Affirmed.

TERRELL, C. J., WHITFIELD, BUFORD, CHAPMAN and ADAMS, J. J., concur.

THOMAS, J., dissents.

Justice BROWN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.